

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*            *(302) 573-6277*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6431*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

June 17, 2005

Honorable Gregory M. Sleet
United States District Court Judge
Boggs Federal Building
844 King Street
Wilmington, DE 19801

> **RE:**    **United States v. Fred P. Layaou**
>         **Case No. 04-MC-185 (GMS)**

Dear Judge Sleet:

Enclosed please find the March 10, 2005, letter from Judy Layaou, wife of the Respondent in the above-captioned case, which appears to be an attempt to comply with the Court's January 31, 2005, Order to Show Cause (D.I. 3). A representative of the Internal Revenue Service had informed Ms. Layaou several weeks ago that this response should be filed with the Court. However, since the letter is still not reflected in the Court's docket sheet, the Government forwards the letter to the Court for the Court's consideration.

To date, the Internal Revenue Service has not received from the Respondent any of the material sought in its Summons Enforcement Action. It is the position of the Internal Revenue Service that the letter does not satisfy the Court's January 31, 2005, Order to Show Cause. Almost a year has elapsed since the Internal Revenue Service initiated formal administrative action on June 21, 2004, against the Respondent. Accordingly, the Government respectfully requests that the Court enter an order enforcing the Internal Revenue Service Summons, or in the alternative, schedule a hearing on this matter.

Hon. Gregory M. Sleet
June 17, 2005
Page Two


      As always, I remain available to answer any questions that the Court may wish to have addressed.

                        Respectfully,

                        COLM F. CONNOLLY
                        United States Attorney

BY:                    Ellen W. Slights
                        Assistant United States Attorney

EWS:kbg
Enclosure

cc:    Clerk, U.S. District Court
       Lawrence Eberle
       Fred Layaou
       Judy Layaou