

Fred and Judy Layaou
2975 Del Laws Road
Bear, DE 19701

March 10, 2005

Fred P. Layaou, Jr.
Judy P. Layaou
    Layaou Landscaping, Inc.
    Newark Mower Center, Inc.
    Side Door Studio, Inc.

```
         RECEIVED
   INTERNAL REVENUE SERVICE

        MAR 10 2005

   SBSE COMPLIANCE COLLECTION
       WILMINGTON, DE
```

IRS and IRS Agents and US District Judge:

I am trying to put in writing an explanation for why I have not been able to comply with getting my payroll taxes and income taxes filed. It all started in the year 2000:

I call the year 2000 the year from hell, because so many things happened in our family's life that totally pre-occupied my time and mental health and since the beginning of that year, it has been a big hole that I have fallen into as far as the paperwork and bookeeping of our business.

January 2000 - Our finished basement flooded very badly, which involved a homeowner's insurance claim for carpet, a pool table, furniture, linoleum flooring, drywall and paint and trim and personal items.

April 2000 - My grandfather died unexpectedly (my father's father); My father raced up from Florida where he lives but did not make it in time to really say good-bye before he died, which tore up my father emotionally and from that point on, my own father's health started deteriorating.

April 2000 - While we were at my grandfather's funeral, one of our employee's stole the truck that he was driving while working for us - He never returned with it. That evening another truck, a trailer and a very expensive Kubota tractor were stolen from our business property, which we believe was connected to the first truck and employee. The two trucks stolen were our two service trucks for lawn sprinkler systems for our company Layaou Landscaping. I had to compile a list of contents for the two trucks, which meant every little pipe fitting, sprinkler parts, tools, etc. which took me the entire two years that I was allowed to get completed. Not to mention the financial hardship and time taken up to slowly re-purchase all of the hundreds of small fittings, tools, and supplies lost.

May 2000 - My son, Barry, was at soccer practice and had to be taken by ambulance to the hospital for a large tear below his knee, a rip in his leg caused by sliding into a hidden 10" metal spike nail that had at one time been used to anchor a volley ball net in the grass at the school where they were practicing - the grass was so tall, it was hidden; He had to have approx. 50 stitches.

June 2000 - My father in Florida was diagnosed with cancer of the lymph nodes and had to begin chemo-therapy. It was causing a build up of fluid in a sac pushing against his lungs.

Sept 2000 - The same son, got sucker-punched in the nose at a HS football game by

an 18 year old boy, breaking his nose. He still has to go back and have his nose straightened. The plastic surgeon wanted him to wait until he was done growing.

Sept 2000 - My older son met a girl on his bus the first week at his new school for freshman year, who lives a few miles from our house, and who was a year older than him, fell "in love", and this started a two year episode of teenage rebellion. We had to have him arrested for violent behavior, he would curse at us and punch walls, and would not get up and go to school alot of days. We had to start taking him to a counselor. Luckily he is much better behaved now, and graduated and is attending, a small local college, but the ordeal was very hurtful and time-consuming to our family.

Sept 2000 - My older son's birthday is 9 - 11 - 96. So when Sept 11th's ordeal in NY [2001?] happened that was just one more emotional blow for our family. We will never be able to celebrate his birthday without thinking of 9-1-1.

Nov 2000 - The younger son fell on hard ground, and ruptured his spleen and kidney right before Thanksgiving and had to be put in intensive care for several days, and then could not go to school for a while after.
This was accident number three for Barry in 2000.

Nov 2000 - My father was hospitalized and was close to death from the cancer and chemo-therapy. He was not tolerating the treatment well. I flew down to Florida and he had given up hope and was trying to make plans for my mother to take care of their financial and personal business after he was gone. I had to go to the head of the hospital and demand that he get proper attention. Afterward, they changed his chemo to a different type and put him on medicine to improve his appetite, and he is now alive and well - thank goodness.

Since the year 2000, I can name the things that have caused me to continue to have hardship in keeping up with things, but I would have to take time to research exact dates.

I lost an employee of five years who was one of our main employees in the office, and which was totally unexpected because she had a baby and her mother had promised to babysit so the employee, Nicole Hollenbaugh Brown, could return to work and it was not until Nicole had the baby that her mother informed her that she changed her mind. Nicole tried to work here and there a little in later years but it never worked out. She had another child soon after and that was that. We could never find the same kind of person to replace her and it has been a constant change of office employees since. Also our companies kept growing and it is hard for a new person to learn everything in a company that is now bigger and more complicated as opposed to an employee who grew with the company.
It was always me who would get stuck training the new people and then after investing all that time, they would quit sooner or later. We still had one employee, Nancy Mullins who started at the same time as Nicole but we had grown so much that Nancy could only handle one small part of the office work. We have a few employees who have been here now several years, but since we are bigger now, they have specific tasks to do and alot of area always ends up with no one to cover it but myself. I wanted to just help run the businesses and do the accounting, but instead I have had to sell parts or equipment or handle service for Newark Mower Center, or be the secretary for Layaou Landscaping, or the billing or the accounts payable, or whatever is left with no one to fill the spot. We keep trying to hire the right people and

it seems to be getting a little better lately, and of course the overhead is killing us.

We have been robbed several times since the big one in 2000. Our building was broken into four times since then. We now have an alarm system but it still does not stop them. Every time, it creates more paperwork, more things to do to repair the broken door, etc. I have not even had time to file the claims for all of the losses from the stolen items.

Our younger son who is now 17 went through a sort of different teenage spell and is still going through things - not the violence and abuse like our older son gave us but school some, skipping school, self-esteem problems, and now this year he had a major injury to his knee - a torn ACL and Miniscus that just was operated on a few weeks ago - presidents day weekend. I had to literally pack up the office computer and take my office to our house for a few summers so that someone could be home to keep an eye on him to make sure he was not doing things he should not. Just this week we decided to find a counselor for him because he still has depression and self-esteem problems. It is so scary worrying about your teenage son who feels this way when you hear of so many of them doing things to themselves. I have had to continue to put paperwork on the back burner to make sure Barry is Ok and to help him with homework, and so forth.

My husband has had some health issues of his own - high blood pressure, panic attacks, anxiety, high cholesterol, and depression. He has been seeing doctors and counselors on and off for several years. His A-type personality is another thing that makes it hard to run our business, because he is always adding another iron to the fire and he does not realize that everything requires someone to take care of the paperwork and the details, which is always put on my shoulders, and then my husband is so hard to please, that lately most of the office help we have hired have quit because he is so hard on them and not so pleasant at times. I keep trying to get through to him, but it does not change him.

We had one office employee for almost two years for the secretary of Layaou Landscaping and we found out this past year that she was stealing cash from us, and we just had trial for that where she did plead guilty. The same day we had her trial, we were next door in another trial where we had to sue a contractor who did an addition at our home and who did a bad job - that ordeal with the contractor working at our house lasted for over a year because he did a poor job and could not or would not fix things, and we had to find and hire people to come in and rip out what he did and re-do it. We had a two day trial over it which was very stressful and not something I ever want to go through again. And of course yours truly had to be the one to gather and prepare all of the paperwork for the trial.

We lost our employee of ten years last spring of 2004 because she was getting burned out from the situation here with not enough help in the office, and my husband was unjustly hard on her one day and that was that. Losing her in the spring rush was about the last straw for me - it really left everything up to me. It has not been fun. She quit with one week's notice.

We also went through a two year ordeal with New Castle County which finally ended last year. We purchased a handy man special rental property near our shop with we found out later was not allowed for commercial use like we thought and were told by

the seller, but it was residential with a permanent variance to be a dog kennel and nothing but a dog kennel. A two room addition had been started by the previous owner who died before it was finished and we were led to believe that we could just put the roof on the two rooms and be done. WRONG!! We spent time and money fighting the county for two years and in the end we had to tear down the rooms and were only able to leave a small portion up and finish a much smaller addition. In the meantime we had a tenant who wanted to have a Doggie Daycare there and at first we thought it would be a breeze to get finished and get her in, so she went ahead and incurred expenses getting ready, but in the end NCC told us that we could not even occupy the original building until things were resolved, so she sued us over it and we had to settle with her. Not long later NCC let some NCC police officers occupy the existing building and gave us a totally different story, but it was too late because we had already settled with the first tenant, and lawyers tell us it is useless to sue NCC, even though there were alot of things that they did that was unethical and probably illegal, but we cannot prove it was intentional, etc.

We have also had several computer problems and crashes and problems with computer technicians that did not know what they were doing and who only made a mess of things. We have a good computer person now who we are working with part time as needed. Some of the problems with the bookkeeping is because things got messed up in the computer at times so it is going to take me personally to go through each account and start to work my was forward. My goal is to get things in enough order to hire and outside accountant to help with more of the things that I used to do but can no longer keep up with. Things really got away from me and I do not ever want this to happen again.

I am spending the night here at our office tonight to try to get some of the paperwork rolling to get up to date on payroll taxes and get things in order to submit to our accountants. It is the only way I can get anything done - to come in while my family is sleeping and the door is locked. I spent most of the evening just cleaning up so that I can start working on the paperwork. I did manage to get the payroll taxes up to date for Side Door Studio, Inc. and I will continue with the other companies and to work on the income tax information.

I am not purposely ignoring the IRS agents or the judge, believe me - it is hard to sleep at night. This past month we have been overwhelmed with work and business and paperwork and customers because our one business does major snow removal and our other business sells and installs snowplows and sells snowblowers and snowplow parts. It snowed one after another in January and February and so far in March. The snow removal bills are very very time-consuming because we have so many employees and sub-contractors out there working and I have to decipher all of their time sheets into separate bills for customers, and provide them with all of the details as well, so it is spread sheets and more spread sheets. I have been doing it for so many years, and it is so easy to make a mistake that could cost us money that I am doing the spreadsheets myself and then another girl is doing the billing. Atleast we will have money coming in that I can pay taxes with!! But in the meantime it is a cash flow struggle because we have all of the material to pay for and huge payrolls that we are not used to. Just figuring out the payroll hours is a job to make sure all of the guys get paid correctly. It is always something that needs done more immediate that prevents me from doing other things and it just cannot be helped.

Ontop of all that, we have had the flu epidemic going around our family and our office for this past month like I have never seen in my life. I was first - Superbowl weekend and I just started feeling really over it this past few weeks. I was totally bed ridden for almost a week and then it was like you could not get through a whole their kids started passing it around, which caused major absenteeism (leaving me to fill their shoes as usual). My kids had it and now this past few weeks my husband has had it so bad he actually stayed home several days and did not work, which he never, ever does. I have a pile of medical receipts to prove all of this.

I am asking the IRS to consider my hardships and be forgiving in the penalties and in the judgements and time restraints. I know I have let deadline after deadline go by and it is not for wanting, believe me. I can provide documentation if needed to prove the things that I am saying if needed. Of course that would take time to dig up and gather like everything else.

My accountants that I have used for tax preparation for several years (except the recent ones where I fell into the big black hole) will be working with me to help get the tax returns done. They are certified and will be contacting the IRS so that any contact will be made through them, so please do not send anyone to our office again. It is so embarrasing and stressful, and it really just makes things worse. Previously James B. Griffin, P.C. the accounting firm is now Griffin and Von Urff, LLC at 623 North Pottstown Pike Exton, PA 19341-1679 Phone Number 610-524-7002.

Thankyou for your time.

Judy Layaou
Layaou Landscaping, Inc.
Newark Mower Center, Inc.
Side Door Studio, Inc.