IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 04-mc-185 |
| | : |
| FRED P. LAYAOU | |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that a show cause hearing on the government's Complaint to Enforce Internal Revenue Summons is scheduled for **Thursday, September 1, 2005, at 2:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge. The hearing will be held in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, Delaware, and the respondent, Fred P. Layaou, is ordered to appear.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

Date: July 8, 2005