

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

The Nemours Building　　　　　　　　　　　(302) 573-6277
1007 Orange Street, Suite 700　　　　　　　FAX (302) 573-6431
P.O. Box 2046
Wilmington, Delaware 19899-2046

September 1, 2005

Honorable Gregory M. Sleet
United States District Court Judge
Boggs Federal Building
844 King Street
Wilmington, DE 19801

　　　　　RE:　**United States v. Fred P. Layaou**
　　　　　　　　**Case No. 04-MC-185 (GMS)**

Dear Judge Sleet:

　　　This letter confirms that the parties have requested a continuance to October 4, 2005, at 10:00 a.m. of the September 1, 2005, at 3:00 p.m. Show Cause Hearing in the above-captioned matter. The request for a continuance has been made based on representations by the Layous' accountant that he will provide the Internal Revenue Service with one of the three requested tax returns within the next three business days and that it is his understanding that the information necessary to complete the balance of the returns will be immediately forthcoming from the Defendant.

　　　Thank you for your consideration. As always, I remain available to answer any questions that the Court may wish to have addressed.

　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　　　　Ellen W. Slights
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

EWS:kbg
cc:　Clerk, U.S. District Court
　　　Brett VonUrff, C.P.A. (via first-class mail)
　　　Mr. and Mrs. Layou (via first-class mail)