

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  *(302) 573-6277*
*1007 Orange Street, Suite 700*  *FAX (302) 573-6431*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

October 3, 2005

Honorable Gregory M. Sleet
United States District Court Judge
Boggs Federal Building
844 King Street
Wilmington, DE 19801

      RE:    **United States v. Fred P. Layaou**
               **Case No. 04-MC-185 (GMS)**

Dear Judge Sleet:

      This letter confirms that the parties have requested a continuance of the October 4, 2005, at 10:00 a.m., Show Cause Hearing in the above-captioned case. The request for a continuance has been made based on representations by the Layous' accountant's office that Mrs. Layou will provide to the Internal Revenue Service today the two tax returns still being sought by the Internal Revenue Service in its Complaint to Enforce Summons. If the Internal Revenue receives the information that it is seeking, it anticipates dismissing this action in the near future.

      Thank you for your consideration of this matter. As always, I remain available to answer any questions that the Court may wish to have addressed.

      Respectfully,

      COLM F. CONNOLLY
      United States Attorney

BY:     _/s/ Ellen W. Slights_
      Ellen W. Slights
      Assistant United States Attorney

EWS:kbg
cc:    Clerk, U.S. District Court
       Brett VonUrff, C.P.A. (via first-class mail)
       Mr. and Mrs. Layou (via first-class mail)