IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LAWRENCE EBERLE, Revenue Officer,<br>Internal Revenue Service, | :<br>:<br>: | |
| Plaintiffs, | :<br>: | |
| v. | :<br>: | Civil 04-MC-185 (GMS) |
| FRED P. LAYAOU, President,<br>SIDE DOOR STUDIO, INC., | :<br>:<br>: | |
| Defendant. | : | |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF COMPLAINT TO ENFORCE
AND REQUEST FOR ORDER DISMISSING ORDER TO SHOW CAUSE**

NOW COMES Plaintiffs, United States of America and Lawrence Eberle, Revenue Officer, on behalf of the agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, and hereby voluntarily dismisses, without prejudice, its Complaint to Enforce Internal Revenue Service Summons pursuant to Federal Rule of Civil Procedure 41.

Plaintiffs further request that this Court dismiss the Order to Show Cause issued on January 31, 2005.

                                                      COLM F. CONNOLLY
                                                     United States Attorney
                                                     /s/ Ellen W. Slights

By: _____

                                                       Ellen W. Slights
                                                     Assistant United States Attorney
                                                     Delaware Bar I.D. No. 2782
                                                     1007 Orange Street, Suite 700
November 1, 2005                                  Wilmington, DE 19801

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LAWRENCE EBERLE, Revenue Officer,<br>Internal Revenue Service, | : <br> : <br> : <br> : | |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | Civil 04-MC-185 (GMS) |
| FRED P. LAYAOU, President,<br>SIDE DOOR STUDIO, INC., | : <br> : <br> : | |
| Defendant. | : | |

## ORDER OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF COMPLAINT TO ENFORCE
## AND ORDER DISMISSING ORDER TO SHOW CAUSE

The Plaintiffs, the United States of America and Lawrence Eberle, Revenue Officer, having filed a Notice of Voluntary Dismissal, without prejudice, pursuant to Federal Rule of Civil Procedure 41,

IT IS HEREBY ORDERED this _____ day of _____, 2005, that this Court's Order to Show Cause issued on January 31, 2005, is dismissed.

_____
Honorable Gregory M. Sleet
United States District Judge
District of Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LAWRENCE EBERLE, Revenue Officer,<br>Internal Revenue Service, | :<br>:<br>: | |
| Plaintiffs, | :<br>: | |
| v. | :<br>: | Civil 04-MC-185 (GMS) |
| FRED P. LAYAOU, President,<br>SIDE DOOR STUDIO, INC., | :<br>:<br>: | |
| Defendant. | : | |

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury, that on November 1, 2005, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL and PROPOSED ORDER** with the Clerk of Court using ECF which will send notification of such filing(s).

I hereby attest that on November 1, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Fred P. Layaou  
President  
Side Door Studio, Inc.  
69 Albe Drive  
Newark, DE  19702

Brett Von Urff, C.P.A.  
Griffin & Von Urff, LLC  
623 North Pottstown Pike  
Exton, PA 19341-1679

Fred Layaou  
2975 Del Laws Road  
Bear, DE 19701

Judy Layaou  
2975 Del Laws Road  
Bear, DE 19701

/s/ Kathie Gray  
_____  
Kathie Gray