CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-mc-00185-GMS
### Internal Use Only

| | |
|---|---|
| In Re: Fred P. Layaou v. | Date Filed: 10/05/2004 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: None |
| Demand: $0 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 26:7402 IRS: Petition to Enforce IRS Summons | Jurisdiction: U.S. Government Plaintiff |

**Petitioner**

**USA**  represented by  **Ellen W. Slights**
U.S. Attorney's Office
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Email: ellen.slights@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Lawrence Eberle**  represented by  **Ellen W. Slights**
*Revenue Office Internal Revenue Service*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**President Fred P. Layaou**

**Respondent**

**Side Door Studio Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2004 | 1 | MOTION by USA, Lawrence Eberle with Proposed Order to Enforce IRS Summons (mwm) (Entered: 10/06/2004) |
| 10/13/2004 | 2 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 10/13/2004) |
| | | |

| | | |
|---|---|---|
| 01/31/2005 | 3 | ORDER that the respondent, Fred P. Layaou, is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the court should not enter an Order enforcing the Internal Revenue Summons issued to and served on him on 6/21/04, by Revenue Officer Eberle of the IRS; the Petitioer shall serve a copy of this Order, together with one copy each of the Complaint and accompanying exhibits, on the respondent by personal delivery or certified mail on or before 2/7/05 ( signed by Judge Gregory M. Sleet ) copies to: Counsel (asw) (Entered: 02/01/2005) |
| 06/17/2005 | 4 | Letter to Honorable Gregory M. Sleet from Assistant U.S. Attorney Ellen W. Slights regarding enclosed letter dated March 10, 2005, from Judy Layaou, wife of Respondent re [3] Order. (Slights, Ellen) Additional attachment(s) added on 7/7/2005 (mmm). Modified on 7/7/2005 (mmm). Letter from Judy Layaou dated March 10, 2005, was deleted from this docket entry and will be docketed as a Sealed Document. A redacted copy will be placed on the public docket. (Entered: 06/17/2005) |
| 06/17/2005 | 5 | SEALED Letter to IRS, IRS Agents, and U.S. District Judge from Judy Layaou regarding Response to Show Cause Order dated 1/31/05. (mmm) (Entered: 07/07/2005) |
| 06/17/2005 | 6 | REDACTED RESPONSE to Order to Show Cause re [3] filed by Judy Layaou on behalf of Fred P. Layaou. (mmm) Additional attachment(s) added on 7/7/2005 (mmm, ). (Entered: 07/07/2005) |
| 07/08/2005 | 7 | NOTICE of Hearing: Show Cause Hearing set for 9/1/2005 at 02:00 PM in Courtroom 4A before Honorable Gregory M. Sleet. (mmm) (Entered: 07/08/2005) |
| 07/08/2005 | | Remark - a copy of the Notice of Scheduling (D.I. 7) was sent to the respondent, Fred P. Layaou, at his last known address on 7/8/05. (mmm, ) (Entered: 07/08/2005) |
| 09/01/2005 | 8 | Letter to Honorable Gregory M. Sleet from Assistant U.S. Attorney Ellen W. Slights regarding continuance of the September 1, 2005, Show Cause Hearing. (Slights, Ellen) (Entered: 09/01/2005) |
| 10/03/2005 | 9 | Letter to Honorable Gregory M. Sleet from Ellen W. Slights regarding Parties' Request for Continuance. (Slights, Ellen) (Entered: 10/03/2005) |
| 11/01/2005 | 10 | NOTICE of Voluntary Dismissal by USA (Slights, Ellen) (Entered: 11/01/2005) |
| 11/02/2005 | | CASE CLOSED (asw ) (Entered: 11/02/2005) |